**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ATOMIC IP LLC,**<br><br>***Plaintiff,***<br><br>v.<br><br>**GRANDSTREAM NETWORKS, INC.,**<br><br>***Defendant.*** | **Civil Action No. 2:26-cv-00660**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Atomic IP LLC ("Atomic" or "Plaintiff"), by and through its attorneys, brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 8,924,869 (the "'869 Patent" or the "patent-in-suit"). Defendant Grandstream Networks, Inc. ("Grandstream" or "Defendant") infringes the patent-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

1. Atomic is a Texas limited liability company having its principal place of business at 5000 Plaza on the Lake, Suite 100, Austin, TX 78746.

2. Upon information and belief, Grandstream Networks, Inc. is a Delaware corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 126 Brookline Avenue, 3rd Floor, Boston, Massachusetts 02215. Upon information and belief, Grandstream maintains an office at 2301 West Plano Parkway, Suite 208, Plano, Texas 75075.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has specific personal jurisdiction over Grandstream pursuant to due process and/or the Texas Long Arm Statute. Grandstream has sufficient minimum contacts with the forum because, inter alia, (i) Grandstream has done and continues to conduct business in Texas, including in this District; (ii) Grandstream maintains a regular and established place of business in this District, including at 2301 West Plano Parkway, Suite 208, Plano, Texas 75075; and (iii) Grandstream has, directly and through intermediaries, committed and continues to commit acts of patent infringement in Texas, including in this District, by making, using, offering to sell, selling, importing, providing, and/or supporting products and services that infringe the ’869 Patent. Moreover, Grandstream actively directs its activities to customers located in the State of Texas and this District, and the claims asserted in this action arise out of or relate to Grandstream’s contacts with Texas and this District.

5. Venue is proper in this District under 28 U.S.C. § 1400(b). Upon information and belief, Grandstream has committed acts of infringement in this District and maintains a regular and established place of business within the Eastern District of Texas, including an office at 2301 West Plano Parkway, Suite 208, Plano, Texas 75075.

## THE PATENT-IN-SUIT - U.S. PATENT NO. 8,924,869

6. U.S. Patent No. 8,924,869, entitled “Service for Generation of Customizable Display Widgets” (the “’869 Patent”), was duly and legally issued on December 30, 2014. The application that matured into the ’869 Patent was filed on August 14, 2006 and claims priority to

U.S. Provisional Application No. 60/707,780, filed on August 12, 2005. A true and correct copy of the ’869 Patent is attached as Exhibit A.

7. The ’869 Patent is directed to a networked “widget service” that defines and delivers user-modifiable visual elements in a display interface by storing visual element defining data and using that stored defining data to generate (or regenerate) the visual element and respond to client requests. In one described implementation, the stored visual element defining data includes (i) image data having a base image component and other image components, (ii) user-defined alphanumeric data representing information to be conveyed, and (iii) real-time data indicative of current conditions, and the system includes a generation module and network interface module configured to generate the visual element and serve it in response to client requests. (’869 Patent, Abstract; Summary.)

8. The specification explains that, in certain embodiments, the widget service is implemented using a web-services model to provide “easy and widespread distribution targeting the widely available devices that have web browser capability,” including implementations where users access the system “via a web interface on a web browser.” The specification further explains that the web-services model supports access to services through system APIs and development in technologies such as AJAX or simple HTML. In these embodiments, widgets can run “within an active browser window,” users can send data to the system via HTTP POST commands, and the widget service provider can configure web services that update the user’s personalized page and associated widgets in response to user device requests and in response to changing data values. (’869 Patent, 3:13–31.)

9. The specification further describes implementations where the server provides functionality for users to define customized display elements (widgets) that can be displayed in a

graphical user interface "without requiring any installation of specialized software" on the user's computer, including implementations where the defined objects include sounds, hypertext, and visual images. In such implementations, the widgets may be implemented using server-side application technologies and lightweight protocols to support speed, compatibility, and reliability in browser-based delivery. ('869 Patent, 4:28–39.)

10. In one example embodiment, the visual display element "runs within a browser window" and "does not include an installed application within the client computing device," and the visual display element is associated with a "widget container" that separates the widget's user-interface functionality and the widget application from the platform on which it runs. ('869 Patent, 4:55–65.)

11. The specification further explains that the widget container includes a widget image element that supports dynamic composition. For example, the widget image element can include a "base image component" and "sub-images" combined with the base image "along with real-time data and/or other user-specified alphanumeric data to produce a dynamically generated widget image," such that the image element may be generated by the base image and the widget application using specified data parameters. ('869 Patent, 5:1–9.)

12. The ’869 Patent also describes a concrete server-side generation/regeneration pipeline tied to browser delivery. In one example flow, a request (including parameters) to display an image for a widget to be displayed in browser software is received; image data, alphanumeric data, and real-time data associated with the request are retrieved; image data are (re)generated based on the retrieved data; and the resulting image data are sent to the requesting process or device for placement in the widget’s image element so that changes in data values are reflected in the widget display. (’869 Patent, 6:29–46.) *See also* Ex. A, FIGS. 4A–4B.




13. These disclosures describe specific computer-network, web-services, and GUI mechanisms—such as server-side storage of widget-defining data; server-side

generation/regeneration of widget images by combining base and sub-image components with real-time and user-specified data; and parameterized request/response delivery to browser software—and, in certain embodiments, browser delivery through a widget container that separates widget UI/application functionality from platform dependence. These mechanisms are implemented to improve distribution, compatibility, and reliability while avoiding client-side installation and enabling widgets to update in response to changing data values. ('869 Patent, Abstract; Summary; 3:13–31; 4:28–39; 4:55–65; 5:1–9; 6:29–46.)

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,924,869

14. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

15. The '869 Patent is valid and enforceable.

16. Atomic is the owner and assignee of all rights, title, and interest in the '869 Patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

17. Upon information and belief, Grandstream makes, uses, sells, offers to sell, imports, licenses, provides, and/or supports in the United States Grandstream products and services, including at least the GWN Management Platforms, including GDMS Networking (also referred to as GWN.Cloud) and GWN Manager, GWN series access points managed through those platforms, Floor Plan, device-placement, RF heat-map, and device-monitoring functionality, and related browser-delivered network-management, map, visualization, configuration, status, and reporting functionality (collectively, the "Accused Instrumentality" or "Grandstream Accused Platform"). Upon information and belief, GDMS Networking (formerly GWN.Cloud) and GWN

Manager each independently provide the accused Map & Floor Plans workflow and associated floor-plan, device-placement, and RF heat-map functionality alleged below.

18. Upon information and belief, the Accused Instrumentality includes GDMS Networking, GWN Manager, and related GWN browser-accessible management interfaces, providing a web-based map/floor-plan/visualization system through which users add, define, configure, modify, and view Floor Plans, place GWN access points on floor-plan backgrounds, and preview device RF heat maps and related network visualizations. Grandstream renders and delivers those floor plans and visualizations through the GDMS Networking, GWN Manager, and related GWN web interfaces for viewing and interaction on client computing devices. For example, Grandstream's materials describe GDMS Networking as accessible through a web-browser interface and GWN Manager as providing simplified configuration and management and real-time monitoring. Grandstream's release notes further describe Floor Plan management functionality supporting device RF heat-map previews and device-placement planning and depict the resulting floor-plan and RF heat-map visualization. *See, e.g.*,




https://www.grandstream.com/products/networking-solutions/network-management




https://firmware.grandstream.com/Release_Note_GWN_Manager.pdf, at 27

19. Upon information and belief, the Accused Instrumentality includes a data storage system (with one or more processors and data storage) that stores buildings, floor plans, uploaded floor-plan images, selected devices and their positions, wall and scale information, RF-visualization settings, and related floor-plan configuration and definition data used to define and reconstruct those visual elements. For example, Grandstream's materials show multiple floor plans maintained within a building, walls defined on those floor plans, and deployed access points selected and placed on particular floor plans. Grandstream further explains that users can export RF-planning reports based on Floor Plans, and its interface depicts those reports as including product lists and placement designs derived from the configured floor plans. These materials demonstrate that Grandstream stores floor-plan definition data, image data, device-selection and placement data, user-defined alphanumeric data, RF-visualization settings, and related configuration data in data storage. *See, e.g.,*

- **Floor plans AI Recognition** of Walls and AI Layout (Beta)




https://firmware.grandstream.com/Release_Note_GWN_Cloud.pdf#page=20




https://firmware.grandstream.com/Release_Note_GWN_Cloud.pdf#page=21

20. Upon information and belief, the Accused Instrumentality includes image data for maps, floor-plan visualizations, RF heat maps, and related visual elements, including a base image component and other image components. For example, Grandstream's Floor Plan functionality allows users to upload an image file in .jpg, .png, or .bmp format as the floor-plan background. Users can then place GWN access-point icons and other visual components on that background, define walls, and configure device placement and appearance. Grandstream also provides RF heat-map visualizations that display color-coded signal coverage on or with the floor-plan background and placed AP icons. Thus, the displayed Grandstream Floor Plans include a base image component, including the uploaded floor-plan/background image, and other image components displayed on or with that background, including AP icons, wall objects, and RF heat-map overlays. *See, e.g.*,

**3. Add a floor plan name and upload the image, either JPG, PNG, or BMP**




https://miro.co.za/blog/technical-tips-guides/map-and-floor-plan-now-available-in-gwncloud

**8. Next, you can navigate to Heatmap, enable Heatmap, and select the band to see potential dead zones based on AP placement.**




https://miro.co.za/blog/technical-tips-guides/map-and-floor-plan-now-available-in-gwncloud

21. Upon information and belief, the Accused Instrumentality stores, retrieves, and/or uses user-defined data, including alphanumeric data representing information to be conveyed in the defined visual elements. For example, Grandstream's Floor Plan workflow allows users to assign user-defined names to buildings and floor plans and to assign user-defined device names to GWN access points. Grandstream's Floor Plan interface further provides a "Show Device Name" setting through which those names are displayed with access points placed on the floor plan. These user-defined alphanumeric names and related labels are stored and used by Grandstream and conveyed in the displayed Floor Plan, placement design, RF heat-map, and related visual elements. *See, e.g.*,

**Configure Access Points**

To configure an access point, select and click on **Configure** button. A new config page will popup:




**Figure 47: Access Point Configuration Page**

The following settings can be configured from this page:

**Table 10: Access Point Configuration Settings**

| | |
|---|---|
| **Device Name** | Set GWN76xx's name to identify it along with its MAC address. |

https://www.grandstream.com/hubfs/Product_Documentation/GWN_Management_Platform_User_Guide.pdf, at 59

22. Upon information and belief, the Accused Instrumentality stores, accesses, and/or uses real-time data indicative of current conditions for presentation in Floor Plans, RF heat maps, and related visual elements. For example, Grandstream explains that GDMS Networking and GWN Manager provide real-time monitoring of deployed devices, including their online or offline status. Grandstream's Floor Plan interface displays current monitored information associated with placed access points, including AP channel and frequency band. Grandstream's Floor Plan functionality also allows users to include or exclude signals from offline devices when generating RF heat-map visualizations. Thus, current-condition data—including device status, channel, and frequency band—are associated with the placed AP components and used in presenting the generated Floor Plan and determining the device signals included in the RF heat-map visualization. *See, e.g.*,

## GWN Management on GDMS

Once you have access to GDMS, the GWN platform can be accessed by clicking the menu in the top left of the browser and choosing GDMS Networking. From here, the following menu items can be used to manage all aspects of the networking deployment:

- **Network List:** At the top of the menu list is the current deployment/network site that is being managed. You can use this button to change from one of your deployment sites to the next.
- **Dashboard:** The dashboard is the default menu item that is displayed whenever you sign in. It provides an overview of the deployment that is being viewed and includes a high-level count of online/offline devices in the selected deployment, client count, bandwidth usage, client statistics, new sessions by SSID, and more.

https://blog.grandstream.com/company/news/blog/how-to-use-the-grandstream-device-management-system




https://firmware.grandstream.com/Release_Note_GWN_Cloud.pdf#page=41

23. Upon information and belief, the Accused Instrumentality includes a browser-based Floor Plan definition interface configured to receive input from client computing devices indicative of a user selection of at least some of the image data, the user-defined data, and the real-time data to be associated with a visual element. For example, Grandstream's Map & Floor Plans workflow receives user input to (i) create and name a floor plan and upload an image file to serve as the floor-plan background, (ii) set the scale and define walls and wall materials, (iii) select virtual or deployed GWN access points and place them at user-selected locations on the floor plan, and (iv) configure the resulting visualization, including device names and labels, wireless-power settings, RF heat-map display, and the displayed Wi-Fi band. When a user selects deployed access points, the current-condition data associated with those access points—including device status, channel, and frequency-band information—are associated with the placed device components and used in the displayed floor-plan and RF heat-map visualizations. These inputs define the

Grandstream Floor Plan visual element and how it is generated and rendered, rather than merely selecting a preexisting static view. *See, e.g.*,




https://firmware.grandstream.com/Release_Note_GWN_Cloud.pdf#page=20

**7. You can also change settings on the device, such as changing the Wi-Fi power between, High, Medium, Low, or Custom.**




https://miro.co.za/blog/technical-tips-guides/map-and-floor-plan-now-available-in-gwncloud

24. Upon information and belief, the Accused Instrumentality includes one or more generation modules configured to generate configured floor-plan and RF heat-map visualizations based on user-selected visual-element defining data. For example, in Grandstream's Map & Floor Plans workflow, a user uploads a floor-plan image, sets the scale, defines walls and wall materials, selects and positions virtual or deployed GWN access points, configures wireless and transmit-power settings, and selects an RF band. After the user places one or more access points and enables Heat Map, Grandstream generates and displays a composite visualization containing the uploaded floor-plan background, placed access-point components, and a color-coded RF heat-map overlay representing estimated signal strength and coverage for the selected 2.4 GHz or 5 GHz band. These Grandstream features demonstrate generation of the configured visual element based on user-selected defining data. *See, e.g.*,




https://www.youtube.com/watch?v=dNul5hN-Am0&t=246s

25. Upon information and belief, the Accused Instrumentality includes a network interface configured to receive requests from client computing devices relating to generated Floor Plan and RF heat-map visualizations and, in response, transmit the requested view containing those visualizations to the requesting client device. For example, Grandstream describes GDMS Networking as a cloud controller accessible from anywhere through a web interface and GWN Manager as an on-premise software controller providing network monitoring, alerts, statistics, and reports that can be viewed using a web browser. Grandstream's browser-based Map & Floor Plans interface allows users to select and view configured floor plans and display generated RF heat maps and related device information. When a user accesses a configured Floor Plan or selects a Floor Plan or Heat Map view, the Accused Instrumentality receives the corresponding request through its web interface and delivers the responsive visualization—including the floor-plan background, placed access-point components, labels, and any selected RF heat-map overlay—to the user's client computing device. These Grandstream materials demonstrate that requested Floor Plan and RF heat-map views are delivered through a browser-accessible network interface for display and interaction on client computing devices. *See, e.g.*,

# GDMS Networking

*Cloud Controller for Grandstream's GWN series*

GDMS Networking is a **FREE** enterprise-grade, management platform for Grandstream GWN series devices. Thanks to streamlined monitoring and maintenance, managing your network across multiple locations has never been easier.

- Complete scalability with no limits on the number of sites or APs
- Access from anywhere via the web interface or GDMS mobile app for iOS and Android
- Full network monitoring and reporting

https://www.grandstream.com/products/networking-solutions/wi-fi-management/product/gdms-networking



# GWN Manager

*On-Premise Software Controller for Grandstream's GWN Series*

GWN Manager is a free on-premise enterprise-grade, management platform for Grandstream GWN series devices. Typically deployed on a customer's private network, this flexible, scalable solution offers simplified configuration and management. Thanks to streamlined monitoring and maintenance, managing your network has never been easier. Keep an eye on the network's performance with real-time monitoring, alerts, statistics, and reports that can be viewed using a web browser or the mobile application.

- Complete scalability with no software limits on APs, but depending on hardware specifications
- Full network monitoring and reporting

https://www.grandstream.com/products/networking-solutions/wi-fi-management/product/gwn-manager

26. Upon information and belief, the Accused Instrumentality is operative to define and deliver Floor Plans, RF heat maps, and related visualizations to a client computing device independent of the operating system of the client computing device making the requests. For example, Grandstream's documentation explains that GWN.Cloud and GWN Manager allow users to manage networks across multiple locations through a web user interface and that network monitoring, alerts, statistics, and reports can be viewed using a web browser. Grandstream's current materials likewise describe GDMS Networking as accessible from anywhere through a web interface and GWN Manager as providing network monitoring and reports viewable using a web browser. These Grandstream features demonstrate that the accused Floor Plans, RF heat maps, and related visualizations are defined, accessed, and delivered through standard browser access, independent of the particular operating system of the requesting client device. *See, e.g.*,

**WELCOME**

Thank you for using Grandstream GWN Management Platform.

GWN Management Platforms are enterprise-grade Wi-Fi network management platforms that offer a centralized, streamlined network management and monitoring. This includes GWN.Cloud, the cloud-based platform and the GWN Manager which is a Linux based platform. Both solutions allow business to deploy a secure Wi-Fi network in seconds and manage those networks across multiple locations through a web user interface. Users can keep an eye on the network's performance with real-time monitoring, alerts, statistics and reports that can be viewed using a web browser or the mobile application.

https://www.grandstream.com/hubfs/Product_Documentation/
GWN_Management_Platform_User_Guide.pdf, at 22

27. Upon information and belief, the generated Floor Plan and RF heat-map visual element constitutes a widget within the meaning of the '869 Patent in the form of a discrete, interactive component displayed within Grandstream's browser-accessible Map & Floor Plans graphical user interface. As described above, the component combines an uploaded floor-plan background with user-selected and positioned access-point icons, labels, wall objects, and, when enabled, a generated color-coded RF heat-map overlay, and permits users to interact with the resulting visual element by selecting floor plans, access points, display settings, and RF bands. Grandstream explains that GDMS Networking is accessible through a web interface and that GWN Manager's monitoring, statistics, and reports can be viewed using a web browser. Accordingly, when accessed through those browser interfaces, the Accused Instrumentality is operative to define and deliver the Floor Plan and RF heat-map widget to the client computing device without installing a widget application on that client computing device.

28. Upon information and belief, Grandstream has directly infringed and continues to directly infringe the '869 Patent by, among other things, making, using, selling, offering to sell,

importing, licensing, providing, and/or supporting in the United States the Accused Instrumentality as defined above during the term of the ’869 Patent.

29. Upon information and belief, by making, using, testing, offering to sell, selling, importing, licensing, providing, and/or supporting the Accused Instrumentality, Grandstream has injured Atomic and is liable to Atomic for directly infringing claims 1 and 2 of the ’869 Patent pursuant to 35 U.S.C. § 271(a). The Accused Instrumentality meets each and every limitation of those claims as alleged herein.

30. Upon information and belief, Grandstream also indirectly infringes and continues to indirectly infringe the ’869 Patent by actively inducing infringement under 35 U.S.C. § 271(b).

31. Upon information and belief, Grandstream has had knowledge of the ’869 Patent since at least August 4, 2026, when Atomic sent Grandstream correspondence identifying the ’869 Patent and notifying Grandstream of its infringement.

32. Upon information and belief, Grandstream intended to cause and has caused infringement by third-party customers and end users of the Accused Instrumentality and knew or was willfully blind to that result, including at least after receiving notice of the ’869 Patent. Grandstream publishes documentation, user guides, tutorials, videos, release notes, and training materials instructing customers and end users to use GDMS Networking, GWN.Cloud, GWN Manager, Map & Floor Plans, and related GWN access-point functionality to create, configure, access, view, export, and use browser-delivered Floor Plans, placement designs, RF heat maps, and related visual elements. Those instructions include, among other things, creating and naming buildings and floor plans; uploading floor-plan background images; setting scales and defining walls and wall materials; selecting virtual or deployed GWN access points and placing them at user-selected locations; configuring device names, labels, wireless-power settings, and display

settings; selecting RF bands; generating and viewing color-coded RF heat-map overlays; displaying device status, channel, frequency-band, and related current-condition information; exporting floor-plan-based RF-planning reports; and accessing Floor Plans and related visualizations through Grandstream's browser-based interfaces. By providing these instructions and training, Grandstream specifically encouraged and intended customers and end users to use the Accused Instrumentality in a manner that infringes claims 1 and 2 of the '869 Patent.

33. After Atomic's August 4, 2026 notice letter, Grandstream continued to host and circulate the documentation, user guides, tutorials, videos, release notes, and training materials described above and to promote, provide, and support the Accused Instrumentality, demonstrating at least reckless disregard of Atomic's patent rights.

34. Despite having notice of its infringement, Grandstream has continued to make, use, test, offer to sell, sell, import, license, provide, and/or support the Accused Instrumentality in a manner that infringes the '869 Patent. Grandstream's conduct is willful, and Atomic is therefore entitled to enhanced damages under 35 U.S.C. § 284.

35. As a result of Grandstream's infringement of the '869 Patent, Atomic has suffered monetary damages and seeks no less than a reasonable royalty for the use made of the invention by Grandstream, together with pre-judgment and post-judgment interest and costs as fixed by the Court.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Atomic respectfully requests that this Court enter:

1. A judgment in favor of Atomic that Grandstream has infringed the '869 Patent, either literally or, in the alternative, under the doctrine of equivalents;
2. A judgment that Grandstream's infringement of the '869 Patent is willful;

3. An award of damages resulting from Grandstream's acts of infringement in accordance with 35 U.S.C. § 284;
4. A judgment that this case is exceptional under 35 U.S.C. § 285 and awarding Atomic its reasonable attorneys' fees, costs, and expenses incurred in this action;
5. A judgment and order requiring Grandstream to provide an accounting and to pay supplemental damages, including, without limitation, pre-judgment and post-judgment interest; and
6. Such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38(b), Atomic requests a trial by jury of all issues so triable by right.

Dated: August 7, 2026

Respectfully Submitted,

By: */s/ Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Bradford J. Black
Texas Bar No. 24086243
BRADFORD BLACK P.C.
500 W. 2nd Street, Ste. 1900
Austin, Texas 78701
Email: bblack@bradfordblack.com
Tel: (415) 813-6211
Fax: (415) 813-6222

**ATTORNEYS FOR PLAINTIFF**